~~SEALED~~ UNSEALED 9/10/26

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED
*9/9/2026*
Nathan Ochsner, Clerk of Court

United States of America
v.
Peter SCHWARTZ

*Defendant(s)*

Case No. 2:26-mj-668

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 14, 2026 in the county of Kleberg in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 922(g)1<br>Felon in Possession of a Firearm | It shall be unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firerarm or ammunition which has been shipped or transported in interstate or foreign commerce. |

This criminal complaint is based on these facts:

(See Attachment A - Affidavit)

☑ Continued on the attached sheet.

Austin Jochec
*Complainant's signature*

Austin Jochec, ATF Task Force Officer
*Printed name and title*

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed. R. Crim. P. 4.1. and probable cause found:

Date: 09/09/2026

*Judge's signature*

City and state: Corpus Christi, Texas

Julie K. Hampton, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

I, Austin Jochec, being duly sworn, depose and state that:

1. I am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Department of Justice, and have been employed since February 2021. I am also a sworn Police Officer for the Corpus Christi Police Department (CCPD) and have been a law enforcement officer for ten years. I started my career in 2015 after graduating the CCPD Police Academy. I am currently assigned to the Gang Unit as a Gang Investigator and have been assigned to this position since October of 2018. I hold the rank of Senior Officer and Detective. As a Task Force Officer with the ATF, I am vested with the authority to investigate violations of Federal Laws, including Title 18 and Title 26 United States code. I know that it is a violation of:

   - 18 USC 922 (g)(1), for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year; to possess any firearm of ammunition which has been shipped or transported in interstate or foreign commerce.

2. Your affiant is familiar with the information contained in this affidavit, either through personal investigation or through discussion with other law enforcement officers, who have participated in and have contributed documentary reports of their investigative efforts in this matter. In particular, your affiant has reviewed Kleberg County Seriff's Booking Sheet #26-007882 and Department of Interior Incident Report #R-26-0000224528.

3. On or about July 14, 2026, the Corpus Christi Police Department (CCPD) received a call for service at around 5:34PM for a traffic hazard around Bob Hall Pier, on the beach. The notes on the call stated a subject was doing donuts around the 911 callers' truck, the caller approached the truck, and the suspect pulled a gun on the 911 caller. The 911 caller was able to describe the truck as a silver Chevrolet truck with chrome wheels, driven by a white male with tattoos and provided the license plate of R*****7. The truck had a sticker of a flaming skull on the back windshield and had a female passenger in the front seat. This information was broadcasted to police over the radio, as a "BOLO".

4. At approximately 6:26PM CCPD was notified that the previously mentioned truck and suspects were detained by Park Rangers at the Padre Island National Seashore. U.S. Park Rangers were made aware of the BOLO provided by CCPD and the last known direction of the truck, which was headed South from mile marker 257, where it was intercepted by a Park Ranger on the Padre Island National Seashore.

5. The Ranger observed the truck as he was driving past in the opposite direction. When the Ranger saw the truck, he turned around to follow it and noted immediately that the truck pulled over, and both the male driver and female passenger exited the truck before being

asked to do so by law enforcement. After informing both individuals they were detained, they both refused to identify themselves.

6. The investigation revealed the driver of the truck to be Peter SCHWARTZ, who had an invalid driver's license due to DUI refusals. The Park Ranger noted SCHWARTZ to have a strong odor of alcohol emitting from his breath, had slurred speech, and was very argumentative. Law Enforcement on scene observed an open container of alcohol (Miller Lite Beer) in the center console approximately ¾ full. A Kleberg County K9 Officer arrived and deployed their dog, which also showed a change in behavior when deployed around the vehicle. A subsequent search also revealed a small dime bag containing suspected cocaine within the vehicle. Inside the front passenger compartment, two loaded pistols were located, along with drug paraphernalia such as a small mirror with 3 straws with suspected cocaine residue. The two pistols were found in the driver side door, along with additional firearm magazines and ammunition, immediately accessible to SCHWARTZ, the driver.

7. SCHWARTZ was arrested for driving while license suspended, possession of a controlled substance and unlawful carrying of a weapon by the Park Ranger.

8. The two firearms were identified as:

    a. Taurus, model PT 140 Pro, .40 caliber pistol with serial number SDN51709.

    b. Bersa, model 380cc, .380 caliber pistol with serial number F66557.

9. Your affiant consulted with ATF Special Agent Dail, Interstate Nexus Expert, regarding the Taurus and Bersa pistols previously mentioned above. SA Dail determined the firearms descried above is a firearm as defined in Title 18 United States Code Chapter 44, and the firearms were manufactured outside the state of Texas, after the year 1898, therefore affecting interstate commerce when the firearms arrived in the state of Texas.

10. Your affiant searched Facebook due to knowing it is common for someone to possess and use a social media website profile. Your affiant found a Facebook profile used by SCHWARTZ daily. SCHWARTZ also posted photos of himself with firearms on a beach within the last two months. In the photos, SCHWARTZ poses with a firearm in front of what appears to be the same truck he was driving in when he was arrested by Park Rangers on July 14, 2026. The photo attached is posted on July 12, two days before his arrest. In the photo SCHWARTZ is wearing a shirt that reads "stay strapped or get clapped" and depicting a gun.

11. When zooming in on the photo of the firearm within SCHWARTZ's waistband, your affiant is able to identify this appears to be the Taurus Pistol he was arrested with two days later due to a circle marking on the slide of the pistol as shown below. The grip of the pistol, rear sights, and magazine inserted all resemble the firearm recovered by Park Rangers.

12. Within the last two months SCHWARTZ has had other photos of himself in front of the truck with a pistol in his hand, posted on June 2, 2026, and June 27, 2026, along with a photo of himself at Walmart looking at ammunition posted on June 29, 2026.

13. Your affiant continued to monitor SCHWARTZ's Facebook profile post arrest, and SCHWARTZ recently posted a photo of himself with another pistol earlier this month, approximately September 3, 2026. The pistol was within a holster on his waist; this pistol is different than the two firearms he was arrested with prior. This new pistol has a stippled grip and built in grip safety on the back of the pistol's handle.

14. Your affiant also reviewed National Crime Information Center (NCIC) criminal history and judgements that SCHWARTZ was previously convicted of the following felonies:

    a. **Possession of a Controlled Substance** (14-CR-275), out of Daviess County, Kentucky and sentenced to 1 year in the penitentiary on January 27, 2016.
    b. **Possessing a Handgun by a Convicted Felon** (16-CR-43), out of Daviess County, Kentucky and sentenced to 5 years penitentiary on August 18, 2017.
    c. **Terroristic Threat** (16-CR-43), out of Daviess County, Kentucky and sentenced to 12 months county jail on August 18, 2017.

15. On April 14, 2020, the sentence for Possessing a Handgun by a Convicted Felon and Terroristic Threat was amended, SCHWARTZ was given 2 years' probation.

16. Based on the above information your affiant believes that on or about July 14, 2026, SCHWARTZ possessed a firearm manufactured outside the State of Texas, after having been convicted of a crime punishable by a term of imprisonment exceeding one year, knowing he was a previously convicted felon, which is in violation of Title 18, United States Code, Section 922 (g)(1).

Austin Jochec

Austin Jochec
Task Force Officer, ATF

Submitted by reliable electronic means, sworn to

Signature attested telephonically per Fed.R.Crim.P.4.1.

and probable cause found on September 9, 2026.

Julie K. Hampton
United States Magistrate Judge